# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-15-00521-CV

### Roger Fay, Appellant

### v.

### Texas A&M University, Geochemical and Environmental Research Group; The College of Geosciences and Maritime Studies; Dr. Ray Bowen; Dr. Robert Duce; Dr. Norman Guinasso; Dr. Roger Sassen; and Dr. David Schink, Appellees

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 200TH JUDICIAL DISTRICT NO. 97-08888, HONORABLE AMY CLARK MEACHUM, JUDGE PRESIDING

## O R D E R

**PER CURIAM**

On November 25, 2015, this Court dismissed this appeal for want of prosecution.[1] Subsequently, counsel for appellant, claiming that computer problems had left him unaware of the electronically-transmitted notices that had preceded our dismissal, has moved that we withdraw our opinion and reinstate the appeal. Appellees have opposed the motion. We will grant the motion, withdraw our opinion and judgment dated November 25, 2015, and reinstate the appeal. We order—and our Clerk will also follow up with a phone call, lest there remain any further doubts as to counsel's receipt of the notice—that appellant's brief is due on or before February 22, 2016.

---

[1] *See Fay v. Texas A&M Univ.*, No. 03-15-00521-CV, 2015 WL 7695211 (Tex. App.—Austin Nov. 25, 2015, no pet. h.).

It is ordered on January 21, 2016.


Before Chief Justice Rose, Justices Pemberton and Field